PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>QUAZEEM OWOLABI ADEYINKA,<br>AYODEJI JONATHAN SANGODE, and<br>OLAMIDE YUSUF BAKARE,<br><br>                              Defendants. | CASE NO.  2:21-MJ-112-CKD<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND FINDINGS AND ORDER<br><br>DATE: August 27, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

        Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendants QUAZEEM OWOLABI ADEYINKA, AYODEJI JONATHAN SANGODE, and OLAMIDE YUSUF BAKARE, both individually and by and through their undersigned counsel of record (collectively, the "parties"), hereby stipulate as follows:

        1.        The Complaint in this case was filed on July 12, 2021, charging defendants with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. On July 29, 2021, Adeyinka and Sangode made their initial appearances in this district.  Bakare first appeared before a judicial officer of the District of Maryland on or about July 16, 2021, and was detained. He was ordered to make his first appearance in this district as soon as he arrives after transport via the U.S. Marshals Service. Pursuant to stipulations to exclude time under the Speedy Trial Act, the Court set a preliminary hearing on August 27, 2021, for all three defendants.

1       By this stipulation, the parties jointly move to continue the preliminary hearing date to October

2  15, 2021 at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of

3  Criminal Procedure. The parties stipulate that the delay is required and for the government's continued

4  collection and production of discovery and the defendants' continuing investigation of the case. For

5  example, the government has already produced over 2,500 pages of law enforcement reports, EDD

6  records, bank records, photographs, audio recordings, and criminal histories. The government also

7  anticipates producing multiple gigabytes of documents from multiple data extractions of the defendants'

8  electronic devices, which will be available to defense counsel for inspection. Defense counsel needs

9  time to review and consider all the evidence and to conduct further investigation. Additional time is also

10  needed to allow for Bakare's transport to this district and preparation for trial. The parties further agree

11  that the interests of justice served by granting this continuance outweigh the best interests of the public

12  and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1        2.       The parties agree that good cause exists for the extension of time, and that the extension

2   of time would not adversely affect the public interest in the prompt disposition of criminal cases.

3   Therefore, the parties request that the time between August 27, 2021, and October 15, 2021 be excluded

4   pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

5        IT IS SO STIPULATED.

6

7   Dated:  August 23, 2021                          PHILLIP A. TALBERT
                                                      Acting United States Attorney
8

9                                                     /s/ ROBERT J. ARTUZ
                                                      ROBERT J. ARTUZ
10                                                    Special Assistant U.S. Attorney

11  Dated:  August 23, 2021                          /s/ DOUGLAS BEEVERS

12                                                    DOUGLAS BEEVERS
                                                      Assistant Federal Defender
13                                                    Counsel for Defendant
                                                      QUAZEEM OWOLABI ADEYINKA
14

15  Dated:  August 23, 2021                          /s/ WILLIAM F. PORTANOVA

16                                                    WILLIAM F. PORTANOVA
                                                      Counsel for Defendant
17                                                    AYODEJI JONATHAN SANGODE

18
    Dated:  August 23, 2021                          /s/ CANDICE FIELDS
19
                                                      CANDICE FIELDS
20                                                    Counsel for Defendant
                                                      OLAMIDE YUSUF BAKARE
21

22

23

24

25

26

27

28

PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-MJ-112-CKD |
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| QUAZEEM OWOLABI ADEYINKA, AYODEJI JONATHAN SANGODE, and OLAMIDE YUSUF BAKARE, | DATE: August 27, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on August 23, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

/ / /

[PROPOSED] FINDINGS AND ORDER

1

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the preliminary hearing is extended to October 15, 2021 at 2:00 p.m.

2.      The time between August 27, 2021, and October 15, 2021 shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      Defendants shall appear at that date and time before the Magistrate Judge on duty.


IT IS SO ORDERED.

Dated:  August 23, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE